IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-399-GCM-DCK

| | |
|---|---|
| SPARKLE THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Defendant's Motion for an Extension of Time to File…" (Document No. 13) filed January 23, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting that the Plaintiff does not oppose the relief requested in the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Defendant's Motion for an Extension of Time to File…" (Document No. 13) is **GRANTED.** Defendant may file its Motion For Summary Judgment on or before **February 22, 2013**.

Signed: January 23, 2013

David C. Keesler
United States Magistrate Judge